UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN ADMIRALTY

CASE NO. 8:25-cv-1914-KKM-TGW

IN THE MATTER OF THE PETITION OF MAD TOYZ III, LLC, AS TITLED OWNER OF AND FOR ONE 2018 38' STATEMENT 380 OPEN MOTORBOAT BEARING HULL IDENTIFICATION NUMBER STTEB112L718, HER ENGINES, TACKLE, AND APPURTENANCES, AND JEFFREY DAVID KNIGHT, AS OWNER *PRO HAC VICE* OF AND FOR ONE 2018 38' STATEMENT 380 OPEN MOTORBOAT BEARING HULL IDENTIFICATION NUMBER STTEB112L718, HER ENGINES, TACKLE, AND APPURTENANCES, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,

   Petitioners.

**PETITIONERS
MOTION FOR ENTRY OF CLERK'S DEFAULT
AGAINST CLAIMANT, BLAIR JENKINS**

COMES NOW the Limitation Petitioners MAD TOYZ III, LLC ("MAD TOYZ") as titled owner of and for one 2018 38' Statement 380 Open Motorboat bearing HIN STTEB112L718 ("Limitation Vessel") and JEFFREY DAVID KINGHT ("KNIGHT"), as owner *pro hac vice,* of and for one 2018 38' Statement

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

380 Open Motorboat bearing HIN STTEB112L718 (collectively, "Limitation Petitioners"), by and through its undersigned counsel, pursuant to Supplemental Rule F(4), Fed. R. Civ. P. 55, and this Court's Order (Doc. No. 11), and hereby files its Motion Entry of Clerk's Default as to Claimant, Blair Jenkins ("JENKINS") in the above-captioned Limitation Action and in support thereof respectfully states as follows:

1.      This is a maritime limitation of liability action brought by the Petitioners, MAD TOYZ III, LLC and JEFFREY DAVID KNIGHT.  (Doc. No. 1).

2.      The Courts Monition and Injunction and Notice to Claimants required all claims to be filed on or before September 8, 2025. (Doc. Nos. 10 and 11).

3.      In compliance with Supplemental Rule F, JENKINS was provided notice of this action via U.S. Mail (Doc. No. 25).

4.      Additionally, Petitioner advertised the Vessel in compliance with Supplemental Rule F. (Doc. No. 54, Proof of Publication).

5.      JENKINS, having been put on notice of the instant action, failed to file any claim or defend against the petition for exoneration from or limitation of liability.

6.      Rule 55(a) of the Federal Rules of Civil Procedure, as amended, provides that when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these Rules and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default.

CASE NO. 8:25-cv-1914-KKM-TGW

WHEREFORE, Petitioners, MAD TOYZ III, LLC and JEFFREY DAVID KNIGHT respectfully requests the clerk enter a default against Claimant, Blair Jenkins and for all further relief this Court deems just and proper.

Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone: (954) 377-8100
Facsimile: (954) 377-8101

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17th, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Adam B. Cooke
Adam B. Cooke