UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN THE MATTER OF THE PETITION OF
MAD TOYZ III, LLC, AS TITLED OWNER
OF AND FOR ONE 2018 38' STATEMENT
380 OPEN MOTORBOAT BEARING
HULL IDENTIFICATION NUMBER
STTEB112L718, HER ENGINES, TACKLE,
AND APPURTENANCES, AND
JEFFREY DAVID KNIGHT, AS OWNER
*PRO HAC VICE* OF AND FOR ONE 2018
38' STATEMENT 380 OPEN
MOTORBOAT BEARING HULL
IDENTIFICATION NUMBER
STTEB112L718, HER ENGINES, TACKLE,
AND APPURTENANCES, FOR
EXONERATION FROM OR
LIMITATION OF LIABILITY

CASE NO. 8:25-CV-01914

  Petitioners.
_____/

## NOTICE OF APPEARANCE

Anthony J. Severino of the law firm of Turkel • Cuva • Barrios • Guerra hereby enters his appearance as counsel of record for Claimant, Dennis Kimerer.

Dated this 29th day of September, 2025.

Respectfully submitted,

*/s/ Anthony J. Severino*
Anthony J. Cuva – FBN 0896251
Lead Counsel
E-mail: cuva@tcb-law.com
Anthony J. Severino – FBN 93452
E-mail: Aseverino@tcb-law.com
Turkel • Cuva • Barrios • Guerra

        100 N. Tampa Street, Suite 1900
        Tampa, FL 33602
        Tel: (813) 834-9191
        Fax: (813) 443-2193
        *Attorneys for Claimant, Dennis Kimerer*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September, 2025, the foregoing document was filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Anthony J. Severino*
        Attorney