UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MAD TOYZ III, LLC AND
JEFFREY KNIGHT AS THE OWNERS   Case. No. 8:25-cv-1914-KKM-TGW
OF A 2018 38' STATEMENT
380 OPEN MOTORBOAT BEARING
HULL IDENTIFICATION NUMBER
STTEB112L718, HER ENGINES,
TACKLE, AND APPURTENANCES.

    Petitioners.
_____/

**REPORT AND RECOMMENDATION**

On April 27, 2025, a 2018 38-foot Statement 380 Open Motorboat (the "Vessel") owned and operated by Petitioners collided with the ferry *Maddie's Crossing*. Petition (Doc. 1). On July 21, 2025, Petitioners filed this admiralty action, seeking exoneration from, or limitation of, liability for the accident. Doc. 1. In response, numerous claims have been filed against Petitioners.

Among the claimants are Stephen Whitehurst, Jr., Tatiana Roman, Steven Whitehurst, Sr., Doris Blackwell, and Stephenie Whitehurst (individually and on behalf of her child) (collectively, "Whitehurst Claimants"). Doc. 40. Among their claims against Petitioners are Counts XIII through XVIII, which allege that Petitioner MadToyz, LLC is liable for the unseaworthiness of the Vessel, because it permitted an unfit person to serve

as its captain. Doc. 40. Petitioners move to dismiss the unseaworthiness claims. Doc. 98. In response to the motion, the Whitehurst Claimants agree to dismiss these claims. Doc. 130-1.

Because the Whitehurst Claimants agree to dismissal, I respectfully recommend that the Court grant Petitioners' Motion to Dismiss Claims for Unseaworthiness (Doc. 98) and dismiss Counts XIII through XVIII of the Whitehurst Claims for Damages (Doc. 40).

DONE on December 15, 2025.



NATALIE HIRT ADAMS
United States Magistrate Judge

for Thomas G. Wilson, United States Magistrate Judge

NOTICE TO PARTIES

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. 636(b)(1)(C). Under 28 U.S.C. 636(b)(1), a party's failure to object to this report's proposed findings and recommendations waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions.