UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MAD TOYZ III, LLC AND
JEFFREY KNIGHT AS THE OWNERS    Case. No. 8:25-cv-1914-KKM-TGW
OF A 2018 38' STATEMENT
380 OPEN MOTORBOAT BEARING
HULL IDENTIFICATION NUMBER
STTEB112L718, HER ENGINES,
TACKLE, AND APPURTENANCES.

    Petitioners.
_____/

## REPORT AND RECOMMENDATION

On April 27, 2025, a 2018 38-foot Statement 380 Open Motorboat (the "Vessel") owned and operated by Petitioners collided with the ferry *Maddie's Crossing*. Petition (Doc. 1). On July 21, 2025, Petitioners filed this admiralty action, seeking exoneration from, or limitation of, liability for the accident. Doc. 1. In response, numerous claims have been filed against Petitioners.

Among the claimants are John Zanella and Ma Dolores Estrada Lozano-Zanella (collectively, "Zanella Claimants"), whose claims include, in Counts V and VI, that Petitioner MadToyz, LLC is liable for the unseaworthiness of the Vessel because it permitted an unfit person to captain it. Doc. 81. Petitioners timely moved to dismiss the unseaworthiness claims. Doc. 145; *see also* FED. R. CIV. P. 12(a)(1)(B), (b). The Zanella Claimants were required to file any

opposition to the motion within 21 days thereafter. M.D. Fla. L.R. 3.01(d). But the Zanella Claimants filed no response to the motion to dismiss, timely or otherwise. They therefore signal to the Court that they do not oppose the motion. M.D. Fla. L.R. 3.01(d) ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

Because the Zanella Claimants do not oppose the motion, I respectfully recommend that the Court grant Petitioners' Motion to Dismiss Claims for Unseaworthiness (Doc. 145) and dismiss Counts V and VI of the Zanella Claimants' Claims for Damages (Doc. 81).

SUBMITTED on December 15, 2025.



NATALIE HIRT ADAMS
United States Magistrate Judge

for Thomas G. Wilson, United States Magistrate Judge

NOTICE TO PARTIES

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. 636(b)(1)(C). Under 28 U.S.C. 636(b)(1), a party's failure to object to this report's proposed findings and recommendations waives that party's right to challenge on appeal the district court's order

adopting this report's unobjected-to factual findings and legal conclusions.