UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MAD TOYZ III, LLC and
JEFFREY DAVID KNIGHT           Case No. 8:25-cv-1914-KKM-TGW

    Petitioners,

**ORDER**

    On December 15, 2025, the United States Magistrate Judge entered two Reports and Recommendations in this admiralty action. (Docs. 185, 186). The first recommends that I grant Mad Toyz III, LLC, and Jeffrey Knight's (Petitioners) motion to dismiss claims for unseaworthiness filed by Stephen Whitehurst, Jr., Tatiana Roman, Steven Whitehurst, Sr., Doris Blackwell, and Stephanie Whitehurst (the Whitehurst Claimants).[1] (Docs. 40, 98). The second Report recommends that I grant Petitioners' motion to dismiss claims for unseaworthiness filed by John Zanella and Ma Dolores Estrada Lozano-Zanella (the Zanella Claimants). (Docs. 81, 145). The fourteen-day deadline to object to the Magistrate Judge's Reports has passed without any party lodging an objection. Considering the record, I adopt the Reports and

---

[1] The Whitehurst Claimants do not oppose dismissal of those claims. *See* (Doc. 130).

Recommendations for the reasons stated therein and grant Petitioners' motions.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Reports and Recommendations.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Reports and Recommendations (Docs. 185, 186) are **ADOPTED** and made a part of this Order for all purposes.

2. Petitioners' Motion to Dismiss Claims for Unseaworthiness (Doc. 98) is **GRANTED.** Counts XIII–XVIII of the Whitehurst Claimants' Claims for Damages (Doc. 40) are **DISMISSED.**

3. Petitioners' Motion to Dismiss Claims for Unseaworthiness (Doc. 145) is **GRANTED.** Counts V and VI of the Zanella Claimants' Claims for Damages (Doc. 81) are **DISMISSED.**

**ORDERED** in Tampa, Florida, on January 5, 2025.

Kathryn Kimball Mizelle
United States District Judge