UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MAD TOYZ III, LLC AND
JEFFREY KNIGHT AS THE OWNERS   Case. No. 8:25-cv-1914-KKM-TGW
OF A 2018 38' STATEMENT
380 OPEN MOTORBOAT BEARING
HULL IDENTIFICATION NUMBER
STTEB112L718, HER ENGINES,
TACKLE, AND APPURTENANCES.

      Petitioners.

_____/

## REPORT AND RECOMMENDATION

On April 27, 2025, a 2018 38-foot Statement 380 Open Motorboat (the "Vessel") owned and operated by Petitioners collided with the ferry *Maddie's Crossing*. Petition (Doc. 1). On July 21, 2025, Petitioners filed this admiralty action, seeking exoneration from, or limitation of, liability for the accident. Doc. 1. On February 23, 2026, Petitioners filed an Amended Petition. Doc. 228. In response, numerous claims were filed against Petitioners.

Among the claimants are Marcoantonio Pacheco Figueroa and Brenda Alvarez, individually and on behalf of her minor child A.P.A. (collectively, "Figueroa Claimants"), whose claims include, in Counts VII, VIII, and IX, that Petitioner MadToyz, LLC is liable for the unseaworthiness of the Vessel, because it permitted an unfit person to captain it. Doc. 272. Petitioners timely

moved to dismiss the unseaworthiness claims. Doc. 279; *see also* FED. R. CIV. P. 12(a)(1)(B), (b). The Figueroa Claimants were required to file any opposition to the motion within 21 days thereafter. M.D. Fla. L.R. 3.01(d). The Figueroa Claimants filed no response to the motion to dismiss, timely or otherwise. The Court thus treats the motion as unopposed. M.D. Fla. L.R. 3.01(d) ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

Because the Figueroa Claimants do not oppose the motion, I respectfully recommend that the Court grant Petitioners' Motion to Dismiss Claims for Unseaworthiness (Doc. 279) and dismiss Counts VII, VIII, and IX of the Figueroa Claimants' Claims for Damages (Doc. 272).

SUBMITTED on May 4, 2026.



NATALIE HIRT ADAMS
United States Magistrate Judge

for Thomas G. Wilson, United States Magistrate Judge

<u>NOTICE TO PARTIES</u>

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections.  28 U.S.C. 636(b)(1)(C).  Under 28 U.S.C. 636(b)(1), a party's failure to object to this report's proposed findings and recommendations

2

3

waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions.