**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

MAD TOYZ III, LLC, and
JEFFRY DAVID KNIGHT,                    Case No. 8:25-cv-1914-KKM-TGW

      Petitioners,

## <u>ORDER</u>

The United States Magistrate Judge recommends that I grant Petitioners Mad Toyz III, LLC, and Jeffry Knight's six unopposed motions for default judgment and exonerate them from liability as to all non-appearing claimants, including but not limited to Atlantic Specialty Insurance Company, Blair Jenkins, the City of Clearwater, Joann Marolda, and Joseph Bonga. *See* R. & R. (Doc. 291). The fourteen-day deadline to object to the Magistrate Judge's Report has passed without any party lodging an objection. Considering the record, I adopt the Report and Recommendation for the reasons stated therein and grant Petitioners' motions.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the

district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1.   The Magistrate Judge's Report and Recommendation (Doc. 291) is **ADOPTED** and made a part of this Order for all purposes.

2.   Petitioners' Motions for Default Judgment (Docs. 261, 262, 263, 264, 265, and 266) are **GRANTED.**

3.   All persons and entities who failed to file a claim or answer are barred from filing any further claims or answers related to or arising out of the events of April 27, 2025, more fully described in the Amended Complaint (Doc 228).

4.   The Clerk is directed to **ENTER** a final judgment for exoneration by default in favor of Petitioners Mad Toyz III, LLC, and Jeffry Knight, and against all non-appearing potential claimants who failed to file a claim or answer within the established notice period,

2

including but not limited to Atlantic Specialty Insurance Company, Blair Jenkins, City of Clearwater, Joann Marolda, and Joseph Bonga.

**ORDERED** in Tampa, Florida, on May 19, 2026.

Kathryn Kimball Mizelle
United States District Judge

3