**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

MAD TOYZ III, LLC, and
JEFFRY DAVID KNIGHT                    Case No. 8:25-cv-1914-KKM-TGW

        Petitioners,

---

## <u>ORDER</u>

On May 4, 2026, the United States Magistrate Judge entered two Reports and Recommendations in this admiralty action. (Docs. 297, 298). The first recommends that I grant Petitioners Mad Toyz III, LLC, and Jeffry Knight's motion to dismiss claims for unseaworthiness filed by John Zanella and Ma Dolores Estrada Lozano-Zanella (the Zanella Claimants), *see* (Docs. 269, 275). The second Report recommends that I grant Petitioners' motion to dismiss claims for unseaworthiness filed by Marcoantonio Pacheco Figueroa and Brenda Alvarez, individually and on behalf of her minor child, A.P.A. (the Figueroa Claimants), *see* (Docs. 272, 279). Neither the Zanella Claimants nor the Figueroa Claimants filed an opposition. The fourteen-day deadline to object to the Magistrate Judge's Reports has passed without any party lodging an objection. Considering the record, I adopt the Reports and Recommendations for the reasons stated therein and grant Petitioners' motions.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Reports and Recommendations.

Accordingly, it is **ORDERED**:

1.  The Magistrate Judge's Reports and Recommendations (Docs. 297, 298) are **ADOPTED** and made a part of this Order for all purposes.

2.  Petitioners' Motion to Dismiss Claims for Unseaworthiness (Doc. 275) is **GRANTED.** Counts V and VI of the Zanella Claimants' Claims for Damages (Doc. 269) are **DISMISSED.**

3.    Petitioners' Motion to Dismiss Claims for Unseaworthiness (Doc. 279) is **GRANTED.** Counts VII, VIII, and IX of the Figueroa Claimants' Claims for Damages (Doc. 272) are **DISMISSED.**

**ORDERED** in Tampa, Florida, on May 19, 2026.

_____
Kathryn Kimball Mizelle
United States District Judge