**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

MAD TOYZ III, LLC, and
JEFFRY DAVID KNIGHT                    Case No. 8:25-cv-1914-KKM-TGW

      Petitioners,

_____

## **ORDER**

On May 20, 2026, the United States Magistrate Judge entered a Report and Recommendation in this admiralty action. (Doc. 306). The report recommends that I grant Petitioners Mad Toyz III, LLC, and Jeffry Knight's motion to dismiss a claim for unseaworthiness filed by Sandy Beatriz Todd. (Docs. 256). The fourteen-day deadline to object to the Magistrate Judge's Report has passed without any party lodging an objection. Considering the record, I adopt the Report and Recommendation for the reasons stated therein and grant Petitioners' motion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue.

*Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 306) is **ADOPTED** and made a part of this Order for all purposes.

2.    Petitioners' Motion to Dismiss Todd's Claim for Unseaworthiness (Doc. 256) is **GRANTED.** Count VI of Todd's Amended Claims (Doc. 236) is **DISMISSED.**

**ORDERED** in Tampa, Florida, on June 4, 2026.

Kathryn Kimball Mizelle
United States District Judge

2